| JOHN DOE, | * | No. 1:22-cv-10091-RGS |
| Plaintiff | * | |
| | * | **PLAINTIFF'S MOTION FOR** |
| v. | * | **DEFAULT JUDGMENT** |
| | * | **AGAINST DEFENDANT** |
| CITY OF SOMERVILLE, | * | **JOSH WAIRI** |
| JOSH WAIRI, | * | |
| Defendants | * | |

Plaintiff John Doe moves for a Default Judgment, pursuant to Fed. R. Civ. P. 55(b), against Defendant Josh Wairi. In support, Plaintiff relies on the following: (1) record in this case; (2) enclosed memorandum; and (3) enclosed affidavits. To the extent helpful or necessary for the Court, Plaintiff is willing to provide supplemental evidence of his damages, including testimony.

The Plaintiff,
By his Attorney,

/s/ Sara Elizabeth Burns
Sara Elizabeth Burns, BBO # 692115
sara@seburnslaw.com
177 Huntington Avenue
Suite 1703, PMB 85263
Boston, MA 02115
(617)767-2710
January 5, 2023

### RE: RULE 7.1 CERTIFICATION

Defendant Wairi is currently incarcerated. Defendant Wairi is in default and has not been consulted on this motion, but will be served by first class mail.

/s/ Sara Elizabeth Burns
January 5, 2023                    Sara Elizabeth Burns, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on January 5, 2023.

/s/ Sara Elizabeth Burns
January 5, 2023                    Sara Elizabeth Burns