APPENDIX A

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

JOHN DOE
        Plaintiff(s)

      v.                                            CIVIL ACTION NO:
                                                                1:22-cv-10091-RGS

JOSH WAIRI
        Defendant(s)

FORM OF
DEFAULT JUDGMENT

JOSH WAIRI,

Josh Wairi, Reg. No. 96146-038, MDC Brooklyn, Metropolitan Detention Center, P.O. Box 329002 Brooklyn, NY 11232

Defendant JOSH WAIRI having failed to plead or otherwise defend in this action and its default having been entered,

  Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $_____ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____.

  It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant _____ the principal amount of $_____, with costs in the amount of $_____ and prejudgment interest at the rate of \_\_\_\_\_% from _____ to _____ in the amount of $_____ for a total judgment of $ _____ with interest as provided by law.

                                                                                By the Court,

                                                                                DEPUTY CLERK

DATED: December 6, 2022

NOTE:   The post judgment interest rate effective this date is \_\_\_\_\_%.